FORM 13

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

This notification is submitted by Jason M. Kenner
(Name of attorney of record)
on behalf of On Inc. in the matter of On Inc. v. United States et al.,
Court No. 26-01178.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.
On Holding AG is the publicly traded parent company of On Inc.

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)
N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.
N/A

/s/ Jason M. Kenner                    2/24/2026
   Signature of Attorney                  Date
Sandler, Travis & Rosenberg, P.A.
   Firm
286 Madison Avenue, Suite 1200
   Street Address
New York, New York 10017
   City, State and Zip Code
(212) 549-0137
   Telephone Number
jkenner@strtrade.com
   E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)